UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROVIDENCE DRIVE, LLC,

    Plaintiff,

v.

NINA DONALDSON,

    Defendant.
_____/

Case No. 18-11259

Honorable Nancy G. Edmunds

## ORDER OF DISMISSAL

On May 3, 2018, Plaintiff Providence Drive, LLC was ordered to show cause why this case should not be dismissed for lack of federal jurisdiction, specifically the lack of a federal question as required by 28 U.S.C. §1331. Plaintiff's response to this Court's Order was due May 13, 2018, but no response has been filed with the Court. Therefore, the Court hereby DISMISSES without prejudice all claims in this matter for lack of subject matter jurisdiction.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 22, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 22, 2018, by electronic and/or ordinary mail.

    s/Lisa Bartlett
    Case Manager